# NO. 12-07-00480-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *AIR GLACIER SYSTEMS, INC.,* **APPELLANT** | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 3 OF* |
| *DIXIE PAPER COMPANY, INC.,* **APPELLEE** | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

In accordance with the terms of their settlement agreement, Appellant and Appellee have filed a joint motion to vacate the trial court's judgment and dismiss this appeal. We grant the motion, vacate the trial court's judgment without regard to the merits, and render judgment dismissing all claims with prejudice. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(e).

Opinion delivered October 31, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)